# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2023

## NO. 03-22-00476-CV

**S. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the Order Nunc Pro Tunc signed by the trial court on July 19, 2022 and amending the Decree of Termination. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's Order Nunc Pro Tunc. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.